neglected herself) did not outweigh the aggravating circumstance (the age of the victim). The particular circumstances of this case lead to the conclusion that not even a single juror would have rendered a punishment other than death, even if counsel had presented additional evidence of Appellant's mental health. Because Appellant has failed to show that she was prejudiced by counsel's representation, she is entitled to no relief.

Appellant's conviction and sentence withstood vigorous review during the direct appeal process. At the post-conviction stage the courts have again exhausted enormous effort to ensure that justice has been served.[4] Finding no error on the part of the PCRA court, I respectfully dissent from the majority's conclusion to the contrary.

101 A.3d 780

**Johnson JEAN–JACQUES, Petitioner**

v.

**STATE of Pennsylvania BOARD OF PROBATION AND PAROLE, Respondent.**

**No. 119 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the

---

4. Appellant's PCRA Petition, filed on her behalf by the Federal Community Defender Association, raised so many claims and involved such a volume of material as to cause the PCRA court to opine that counsels' intent was to delay Appellant's execution by delaying the PCRA proceedings. In deciding this matter, the PCRA court expressly noted that it had considered literally thousands of pages of exhibits, appendices, transcripts and briefs.

Petition for Writ of Response and Relief, treated as a Petition for Writ of Mandamus, is **DENIED.**

101 A.3d 780

**Omar JACKSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, et al., District Attorney of Philadelphia County, et al., Respondents.**

**No. 120 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief and **GRANTED** to the extent it requests mandamus relief. The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.